# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-1925

———————————————

STATE OF FLORIDA,

    Petitioner,

v.

RON CORNELIUS JOHNSON,

    Respondent.

———————————————

Petitioner for Writ of Certiorari—Original Jurisdiction.


December 21, 2018


PER CURIAM.

    DENIED on the merits.

WOLF, LEWIS, and ROWE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————


Pamela Jo Bondi, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Petitioner.

Joshua I. Goldsborough, Assistant Regional Conflict Counsel, Jacksonville, for Respondent.